**Daniel G. ROSS, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2008–7073.**

United States Court of Appeals, Federal Circuit.

Feb. 4, 2009.

Zachary M. Stolz, Chisholm, Chisholm & Kilpatrick, of Washington, DC, argued for claimant-appellant. With him on the brief was Robert V. Chisholm, of Providence, Rhode Island.

Meredyth Cohen Havasy, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director. Of counsel on the brief were Michael J.

Timinski, Deputy Assistant General Counsel, Jamie L. Mueller, and Martie S. Adelman, Attorneys, Office of the General Counsel, United States Department of Veterans Affairs, of Washington, DC.

MAYER, LOURIE, and SCHALL Circuit Judges.

## Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.